C/O: JOVANNY RODRIGUEZ #65504-054
UNITED STATES PENITENTIARY CANAAN
POST OFFICE BOX 300
WAYMART, PENNSYLVANIA 18472

**FILED
SCRANTON**

AUG 2 8 2017

PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE JOVANNY RODRIGUEZ, et al., Plaintiff/Complainant, vs. UNITED STATES et al., Defendant(s) | FEDERAL QUESTION JURISDICTION ARTICLE III CASE NO._____ Attached Case: 1:11-cr-00755-JFK-3 U.S. Dist. Court/Southern District of NEW YORK (Foley Square) |

*Not withstanding Immediate Release - A Seventh Amendment Jury Trial is Demanded'!

FIRST AMENDMENT 'BILL OF COMPLAINT' FOR REDRESS OF GRIEVANCES IN THE NATURE OF A COMMON LAW WRIT OF HABEAS CORPUS AD SUBJICIENDUM PER ARTICLE 1§9 Cls.2 OF THE UNITED STATES CONSTITUTION

* <u>TAKE JUDICIAL NOTICE:</u> THIS IS NOT A 28 U.S.C. § 2255 -or- 2241!

COMES NOW PLAINTIFF/COMPLAINTANT JOVANNY RODRIGUEZ by and through The Real Party In Interest Jovanny R. Rodriguez Sui Juris, in Propria Persona via 'Restricted Appearance', de jure as a Private Citizen and Presents this First Amendment Bill of Complaint for Redress of Grievance in the Nature of the 'Common Law Writ of Habeas Corpus Ad Subjiciendum' to test the 'lawfulness' of his 'Executive Detention' in the Federal Bureau of Prisons (BOP), currently in the Care, Control and Custody of Defendant J. BALTAZAR d/b/a WARDEN OF UNITED STATES PENITENTIARY CANAAN -- BOP/DOJ.

## I. <u>JURISDICTION:</u>

Plaintiff invokes this Courts 'Original' (and only) Judicial Jurisdiction/Article III's § 1 and 2 of the United States Constitution for UNITED STATES as a 'case or controversy' in which the Real Party In

1  Interest ('RP') has suffered injuries of False Arrest and False Executive

2  Detention of a concrete nature, without Due Process of Law in an Article

3  I § 8 Legislative Tribunal under an unlawful 'Bill of Attainder' which

4  purported to be "A TRUE BILL" of Indictment -- without full disclosure

5  as to the nature of the Tribunal or the true nature of the Charges;

## II. TAKE NOTICE:

7  Plaintiff and The Real Party In Interest hereby specifically disavow

8  all 'codes of congress' that are 'discretionary' or would imply any

9  jurisdiction over them and rescinds any and all 'consent' (given in error

10  without full disclosure as to the forum or true nature of the charges)

11  to be governed whether express or implied -- including but not limited to

12  'acceptance of court applinted counsel' or a 'not guilty Plea' in the

13  above noted attached case (which is not an Article III 'case', but is

14  an Article I Executive 'case' with origins in § 8);

## III. VENUE:

16  This is an appropriate venue as the Plaintiff and Real Party In

17  Interest are being held in false Executive Detention in this District;

## IV. PARTIES:

19  Plaintiff/Complaintant JOVANNY RODRIGUEZ is a fictitious Person, with

20  the Rights of an American Citizen and a Citizen of the State of New

21  York,(et al.);

22  The Real Party In Interest Jovanny R. Rodriguez is a free and private

23  man, equal to all others, sui juris, with a Birth Right Superior Interest

24  in the Person JOVANNY RODRIGUEZ (the Named Plaintiff Herein) and has

25  natural and private Rights and immunities, some of which are listed in

26  the UNITED STATES CONSTITUTIONS BILL OF RIGHTS (et al.);

27  Defendant UNITED STATES is a Municipal Corporation of the District of

28  Columbia with control over the Bureau of Prisons/Department of Justice/
    (See 28 U.S.C. § 3002(15)(A) Chptr. 176 and 19 Corpus Juris Secundum
    541 (1990));

1  Defendant UNITED STATES OF AMERICA is an unknown entity which appears
2  to have no Constitutional authorization in either the Federal Government
3  or the State of New York to be Plaintiff in the above mentioned attached
4  case;
5  Defendant J. BALTAZAR  is doing business as the WARDEN of UNITED STATES
6  PENITENTIARY CANAAN under the FEDERAL BUREAU OF PRISONS/DEPARTMENT OF
7  JUSTICE/UNITED STATES, and is holding Plaintiff and the Real Party In
8  Interest in False Executive Detention under a Void Judgment and Commit-
9  ment Order obtained by Abuse of legal process and fraud after a False
10 Arrest occasioned by an Officer of the State of New York who falsified
11 evidence and documents;

### V. TAKE JUDICIAL NOTICE:

12     This Article III § 1 and 2 Judicial Court is hereby 'CHARGED'
13 with the DUTY of Ordering Defendant(s) to SHOW CAUSE VIA WRITTEN PROOF,
14 FOR THE TRUE NATURE OF THE EXECUTIVE DETENTION AND THE TRUE CAUSE OF
15 THE CHARGES OF PLAINTIFF AND THE REAL PARTY IN INTEREST WITHIN SEVENTY
16 TWO (72) HOURS OF RECEIPT OF THIS MAILING. FURTHER THIS COURT OF LAW
17 IS CHARGED WITH BRINGING THE REAL PARTY IN INTEREST BEFORE A JUDICIAL
18 OFFICER OF THE LAW FOR A JUDICIAL DETERMINATION INTO THE LAWFULNESS OF
19 SAID EXECUTIVE DETENTION WITHIN THE SAME TIME FRAME;

20     This Court of Law is also Charged with TAKING JUDICIAL NOTICE
21 that Page 66 of THE UNITED STATES GOVERNMENT MANUAL (2014 ed.) defines
22 this inferior Courts true and only jurisdiction as:

> "sharing in Article III § I Judicial Jurisdiction under
> the UNITED STATES CONSTITUTION and the Supreme Court of
> the UNITED STATES is quoted as saying that these Courts
> can be invested with no other jurisdiction and has 'judges'
> who hold office (only) during good behavior, with 'no power
> in Congress to provide otherwise', (in relevant part)(with
> emphasis added).

                    (See Exhibit "C" 1-3)

Pursuant to Rules 201(b)(2) and 201(c) Fed. R. Evid. as the U.S. Gov. Manual(at page 66) can accurately and readily be determined from its source, who's accuracy cannot be reasonable questioned -- this Article III § 1 Judicial Court of Law must take judicial notice that the Supreme Court of the United States has held that this Court is a Constitutional Court (as are all of the U.S. District Courts and Courts of Appeals)which shares in the exercise of judicial power defined in Article III of the U.S. Constitution and can be invested with no other jurisdiction (such as Article I § 8 Cls. 3 'Commerce Clause' jurisdiction under any statute applied to Plaintiff in the attached Executive case noted herein above) and that Congress has no power to provide otherwise.

As the District Court of New York could not be invested with any jurisdiction besides Article III § 1 and 2 Jurisdiction when the Executive Branch of the Federal Government brought an Executive (non-Article III) case based on UNITED STATES CODE in an Article I § 8 Legislative Tribunal as applied to the fictitious Person JOVANNY RODRIGUEZ and the Real Party In Interest, the District Court of New York lacked Subject Matter Jurisdiction under Article I § 8 'commerce clause' power usurped by Congress' which was not granted to it, by the People in the United States Constitution, thus is a separation of powers violation infecting all three of the branches of the federal Government and has allowed False Executive Detention in violation of Jovanny R. Rodriguez's unalienable Personal Right to 'Life, Liberty and the Pursuit of Happiness' enshrined in the Declaration of Independence and enforceable in Article VI of the United States Constitution , as well as his Ninth and Tenth Amendment Rights contained in the Bill of Rights amended to the United States Constitution.

## VI.   <u>FACTS OF THE ATTACHED CASE:</u>

1    On or about June 14, 2011 The Real Party In Interest, Jovanny R.
2  Rodriguez was arrested of his unalienable Right to Liberty without Due
3  Process of Law via the failure of the arresting Officer to present him
4  with an Arrest Warrant and an Affidavit showing 'Probable Cause' on
5  Oath or Affirmation. Mr. Rodriguez was then taken to Immigration and
6  held in False Executive Detention under the Fictitious Person JOVANNY
7  RODRIGUEZ Without 'Charge' or a 'Probable Cause' hearing.

8    On August 5, 2011 The Real Party in interest was taken to a Federal
9  Courthouse for the Southern District of New York, given Court Appointed
10  Counsel and presented with a 'Bill of Attainder' purporting to be --
11  'A TRUE BILL' of Indictment charging as Defendant JOVANNY RODRIGUEZ
12  with certain U.S. Code violations. Jovanny R. Rodriguez was tricked,
13  deceived, and defrauded into pleading 'not guilty' after 'stating his
14  name for the record' without being given 'full disclosure'as to the
15  true nature of the Article 1 § 8 Legislative Tribunal he was in and
16  of the true nature of the code violations charged against his Person
17  JOVANNY RODRIGUEZ, while being lead to believe he was in an Article III
18  § I Judicial Court of law under an -- Article III § 2 "Case or Controversy".

19    After a Non-Article III Jury Trial occurred Defendant JOVANNY
20  RODRIGUEZ was convicted of Counts 1, 2, 4, 5, 6, 7,10,11,12, & 15 and
21  The Real Party In Interest, a Private Citizen was held as a Surety or
22  Accommodation Party therefore, in False Executive Detention.

23    On March 18, 2014 JOVANNY RODRIGUEZ was sentenced to 3 life
24  sentences and other amounts of time in imprisonment.

25    At no time was the Real Party In Interest presented with an Arrest
26  Warrant, an Affidavit used to obtain an Arrest Warrant nor was he taken

1. before a United States Magistrate Judge for a Probable Cause Hearing

2. which constitutes a fale arrest and false Executive Detention without

3. Due Process of Law in violation of the Real Party In Interest, Jovanny

4. R. Rodriguez's 4th and 5th Amendment Rights contained in the 'Bill of

5. Rights' to the United States Constitution, and his unalienable Natural

6. Rights to Life, Liberty and the Pursuit of happiness as stated in the

7. Declaration of Independance and Chargeable against United States via

8. Article VI of the United States Constitution.

9.      Detective DONALD DERIENZO"S <u>FALSE STATEMENTS</u> in a Sealed Complaint

10. Filed July 14, 2011 caused an Arrest Warrant to Issue for JOVANNY

11. RODRIGUEZ and Warrant # 11 MAG 1851 was not executed, nor was the Real

12. Party In Interest brought immediately upon arrest before the United

13. States District Court as the Warrant for Arrest Commanded, showing that

14. the Arrest of the Real Party In Interest and his Person JOVANNY RODRIGUEZ

15. was in fact a 'False Arrest' and everything that followed could not

16. justify continued false Executive Detention. (See Exhibit " <u>A</u> " the

17. unexecuted Warrant for Arrest included herewith).

18.      Detective DONALD DERIENZO has priors for falsifying Police documents

19. to establish Probable Cause for Arrest, for which the State of New York

20. paid a man Four Million Dollars for his years of False Executive Detention

21. and there is proof in this Executive case that the same Detective falsified

22. Police Documents / the complaint to establish Probable Cause to Arrest

23. JOVANNY RODRIGUEZ and the Real Party In Interest which is the proximate

24. cause of Jovanny R. Rodriguez's False Executive Detention without Due

25. Process of Law, based on a void Judgment and Commitment to--3 life

26. Sentences and other time of incarceration.

27.      With all of these facts in mind, the Real Party In Interest has

28. raised a Prima Facie Article III § 2 Case or Controversy by invoking

1  this Article III § I Judicial Court of Law's Original Constitutional

2  Jurisdiction under Article I § 9 Cls. 2 and the First Amendment to

3  test the lawfulness of his Executive Detention in the Nature of a common

4  Law Writ of Habeas Corpus Adsubjiciendum.

5

## VII.  CONSTITUTIONAL INJURIES-IN-FACT:

6

7  Plaintiff and the Real Party In Interest hereby 'charges' that

8  they are injured parties deprived of their unalienable and Constitutional

9  Rights and are suffering Concrete-Injuries-In-Fact of False Executive

10 Detention without Due Process of Law, due to Abuse of Process, Kidnap,

11 (false Arrest) and fraud wherein and Article I § 8 Legislative Tribunal

12 was invoked by the Executive Branch of the United States Federal

13 Government via an unlawful "Bill of Attainder" in violation of Article

14 I § 9 Cls. 3's express provisions prohibiting "Bills of Attainder" to

15 issue; the Fourth Amendment Right of the Real Party In Interest to be

16 'secure in his Person (the Plaintiff -- JOVANNY RODRIGUEZ); the Fifth

17 Amendment Right of Plaintiff (and the Real Party In Interest) not to be

18 held to anser for fictitious federal charges, a usurpation of the

19 Commerce Clause power not delegated to Congress in the United States

20 Constitution - and - not to be deprived of Due Process of Law in an

21 Article III § 1 and 2 Judicial Court of Law; the Sixth Amendment Right

22 of the Accused to receive a speedy and public Trial, be informed of the

23 true nature and cause of the accusations and to have the assistance of

24 counsel; the Rights of the Real Party In Interest preserved to him in

25 the Ninth and Tenth Amendments; Natural and Private Rights (et al.).

26 For these reasons, the attached Judgment and commitment is **void**

27 **ab initio! Brutum Fulmen, for lack of all Jurisdiction!** (See Exhibit

28 " B " The Voided Judgment and Commitment included herewith).

an Article III Judicial Court of Law 'arising under' the United States Constitution at Article I § 9 Cl. 2; Article I § 9 Cl.3; Article VI; the First, Fourth, Fifth, Sixth, Ninth and Tenth Amendment contained in the Bill of Rights - Amended to the United States Constitution.

The Declaration of Independence states: (In relevant part)

"We hold these truths to be self-evident, that all men are created _equal_, that they are endowed by their creator with certain _unalienable rights_, that among these are Life , _Liberty_, and the pursuit of Happiness, that to ensure these rights, governments are instituted among men, deriving their just powers from the _consent_ of the governed".

(Emphasis added to show mandate)

Without knowing and voluntary 'consent' to be governed after being given full disclosure as to any and all cohesion contracts, the United States application of U.S. Code is an unconscionable action that violates the unalienable natural right of liberty, of the Real Party In Interest.

Though the above quote of the Declaration of Independence was a part of declaring Independence from King George III it is as valid today under Article VI of the United States Constitution against the United States, as it was at that time.

## VIII.  ARGUMENT:

As the Real Party In Interest was taken against his will without presentment of a warrant of arrest and an accompanying Affidavit of Probable Cause, nothing that followed was lawful. The Real Party In Interest was deceived to believe he would get a legitimate Article III Judicial Trial if he accepted 'Court appointed Counsel' and 'plead Not Guilty' to the charges in a Bill of Attainder purporting to be A TRUE Bill of Indictment. These acts of consent from the Real Party In Inter-

1  -est were fraudulently obtained, without full disclosure as to the

2  Article I § 8 Legislative Tribunal he was in front of. Such fraud acts

3  to nullify the 'Executive Case' as prohibited by Due Process under the

4  Fifth Amendment to the United States Constitution and is Prohibited

5  under Article I § Cl.3. For these reasons, both the so called 'Indictment'

6  and the resulting 'Judgment and commitment' are void ab initio, for lack

7  / want of all jurisdiction.

8     It is commonly known that the federal government governs by the

9  consent of the governed; has limited enumerated powers; is divided into

10  three branches; does not have a police power; that congress cannot

11  punish felonies generally, and that the federal government has no

12  power to arrest or imprison JOVANNY RODRIGUEZ or the Real Party In

13  Interest for allegations of ¬ purely 'state' acts of a local nature.

14
15  ### 'USURPATION OF 'COMMERCE CLAUSE POWER':

16     The Commerce Clause Power granted to Congress at Article I § 8

17  Clause 3 does not apply to Jovanny Rodriguez as a Private Man nor can

18  it lawfully operate upon the Person JOVANNY RODRIGUEZ without the

19  Express 'consent' of Jovanny Rodriguez to be governed under / for the

20  fictitious Person JOVANNY RODRIGUEZ (as a surety or an accommodation

21  party therefore).

22     Exercising a 'Living Constitution' to "fit the evolving standards

23  of decency that mark the progress of a maturing society" the Supreme

24  Court of the United States stated that anything or any Person which

25  'substantially effects' commerce could be regulated by Congress. This

26  was a usurpation of powers -- clearly not delegated in the Constitution

27  and is inconsistent with its letter and spirit.

28     Neither Article I § 8 Cl. 3 nor Cl. 18 (the necessary and proper

1  clause) grant Congress or United States the power to compel the Real

2  Party In Interest to be bound by United States Code.

### ARTICLE I § 8 Cl. 3 READS:

*** | "To regulate commerce with foreign Nations, and among the several states, and with Indian tribes". | ***

### ARTICLE I § 8 Cl. 18 READS:

*** | "grants the power to make all laws...for carrying into execution the 'foregoing powers" | ***

The only reason that the Founding Fathers of this great Nation included "Indian Tribes" in Article I § 8 Cl. 3 was because at that point and time in our history We the People considered Indian Tribes savages that needed to be controlled. At no time in the history of the United States has there ever been a lawful application of the Commerce Clause directly upon the People or their Persons. The strict Letter of the Supreme Law of the Land must be followed as to whom the Commerce Clause applies. The only way that Congress Could lawfully posess any Commerce Clause power directly over the People or their Persons is by a Constitutional Amendment not by Judicial fiat / Usurpation or Tyranny.

Due to the above, the Plaintiff and the Real Party In Interest hereby declare that the Judgment and Commitment in the attached Executive Case is invalidated, nunc pro tunc, the date that the Real Party In Interest was arrested of his 'unalieanable right to Liberty' and taken before an Article I § 8 Legislative Tribunnal(masquarading as an Article III Court of Law under the Judicial Branch of the United States which lacked Jurisdiction).

1    The bedrock principles that the very structure of the Federal
2  government was built on, was to "protect Individual Liberty". See e.g.
3  Free Enterprise Fund v. Public Company Accounting Oversight Bd., 561
4  U.S. 477, 130 S.Ct. 3138 (2010); Clinton v. City of New York, 524 U.S.
5  417, 118 S.Ct. 2091(1998).

6    Power given in trust to preserve Individual Liberty, limited by
7  that end, whenever it is manifestly neglected, usurped or opposed, said
8  trust is breached and forfeited, devolving back on each Individual Man
9  who gave it. Both THE STATE OF NEW YORK AND UNITED STATES violated
10  the Real Party In Interests unalienable rights to Liberty and the
11  Pursuit of Happiness in being born free and equal to all others, by
12  trickery, deception and fraud subjecting him to a jurisdiction foreign
13  to his dignity. (One of the chief complaints of the Founders, in the
14  Declaration of Independence. See Schooner Exchange v. McFadden, 7 Cranch
15  116, 137 3 L.Ed 287 (1812)).

16    "The Founding Fathers of this Great Nation meant that most areas
17  of life, of the People, would forever, be beyond the reach of the
18  Federal Government".(See Alden v. Maine, 527 U.S. 706, 119 S.Ct. 2240
19  (1999)).

20
21                          A PERSONAL RIGHT:
22

23    A Separation of Powers inquiry is a 'personal right' that demands
24  an answer to whether an allocation-of- authority to one branch of the
25  federal government compromises the Constitutionally mandated roll of
26  all three branches. As Judicial functions have been exercised and
27  delegated to agencies under congressional supervision or control a
28  Separations of Powers Act Violation has been made out by Plaintiff,
   as well as by the Real Party In Interest, causing them the concrete

1   injury in fact of false Executive Detention without Due Process of Law

2   in an Article III § 1 Judicial Court of the United States. It is a

3   simple fact, that Judicial functions, cannot be exercised nor delegated

4   to agencies under congressional supervision or control and if there is

5   punishment to be meted out, only Article III § 1 Courts of Law and

6   Equity can administer it after an Article III § 2 'Case or Controversy'

7   is made out, (See United States v. Lovett, 328 U.S. 303-330 (1946))

8   anything else, under an Article I § 8 Legislative Tribunal in which

9   punishment is administered is in fact a "Bill of Attainder".

10      This Great Nation was founded on the Principles of Equality, Liberty

11  and Justice, not the de facto codes Congress can dream up. See Bond v.

12  United States,529 U.S. 334 where the Supreme Court quoting Cohens v.

13  Virginia, 6WHEAT 264, 5 L.Ed 257 stated:

14

15          "For nearly two centuries it has been
            clear, that, lacking a Police Power,
16          'congress cannot' punish felonies
        generally." (This means Cohens is still good Law)!
17

18      Never has the Supreme Court of the United States come to grips

19  with the unlwful implications of the Separation of Powers on its own

20  "substantially effects commerce" ruling and limits to federalism when

21  the statutes of Congress cause 'Executive Detention' directly upon the

22  People without their consent and without an Article III Adjudication.

23  See (New York v. U.S., 505 U.S. 144, 155, 120 L.Ed. 2d 120, 112 S.Ct

24  2408 (1992); quoting Gregory v. Ashcroft, 501 U.S. 452, 457, 115 L.Ed

25  2d 410, 111 S.Ct. 2391 (1991); Chisholm v. Georgia,2 Dall 419, 435

26  1 L.Ed 440 (1793)).

27

28      Though the 94 United States District Courts and 12 Courts of

1   Appeals are 'statutory Creatures of Congress, they were created (or

2   ordained and established) under Article III § 1 Constitutional Judicial

3   power --'with no power in Congress to provide otherwise' meaning that

4   except in the county of Washington in the District of Columbia, where

5   Congress has Plenary Power over Ten Miles Square and other Territorial

6   and insular possessions,it does not have the power to apply Penal

7   Statutes on state Citizens such as JOVANNY RODRIGUEZ or Private Citizens

8   such as Jovanny R. Rodriguez who is Sui Juris and has the unalienable

9   natural right to liberty. There is no adhesion contract such as a Birth

10  Certificate, Social Security Card / Number, agreement to pay Federal

11  taxes for non government jobs which lawfully divests JOVANNY RODRIGUEZ

12  or the Real Party In Interests of their unalienable or Constitutional

13  rights inherent in being born free and equal to all others. Neither

14  does the use of Federal Reserve Notes (FRN'S) or a green card obligate

15  the Real Party In Interest to any type of indentured servitude whereby

16  United States Penal Code under titles 18 or 21 can be applied to impose

17  punishment.

18      In Bond v. U.S.,Supra - Carol Ann Bond was twice granted Certiorari

19  by the Supreme Court of the United States (when only 1 in about 250

20  people are granted Certiorari) when she moved to dismiss chemical

21  weapons charges claiming that a statute of Congress exceeded its

22  enumerated powers and invaded powers reserved to the states by the

23  10th Amendment to the United States Constitution. In answer, the

24  Federal Government in 2011 claimed Bond lacked standing to bring such

25  a 10th Amendment challenge, 'then confessed error' when the Supreme

26  Court of the United States held:

27
        "in a proper case, an individual may assert
28       injury from governmental action taken in
         excess of the authority that federalism defines."

1   After the Third Circuit Court of Appeals also rejected Mrs. Bonds

2   Constitutional challenge to her conviction on a mis-application of the

3   "necessary and proper" authority of Article I § 8 cl.18, again the Supreme

4   Court of the United States granted Certiorari, 184 L.Ed.2d 758 (2013)

5   (Bond II) and stated:

6           "In our federal system, the national Government
7       possesses only limited powers;the states and the People
        retain the remainder. The states have...a Police power(1),
8       The Federal Government by contrast has no such authority and
        can exercise only the powers granted to it (2) including...
9       Necessary and Proper...powers. (3) For two centuries... lacking
        a Police Power, Congress cannot punish felonies generally... (4) a
10      criminal act...cannot be made an offense against the United States...
        unless...within the jurisdiction of the United States." (5)

11                          (In relevant part)

12      Mrs. Bond However, did not go far enough in her claim when she

13  exercised the states rights under the 10th Amendment(et al.), nor did

14  she challenge the very application of the commerce clause upon her, or

15  the forum she was sentenced in under an unlawful Article I § 8 Legisl-

16  ative Tribunal.  See also O'DONOGHUE V. UNITED STATES, 289 U.S. at 564.

17

18      In UNITED STATES V. LOVETT, 328 U.S. 303, 317, 66 S.Ct1073 (1946)

19  Footnotes:

20  (1) UNITED STATES V. LOPEZ, 514 U.S 549, 567, 115 S.Ct 1624 (1995)

21  (2) McCULLOCH V. MARYLAND, 4 WHEAT. 316, 405, 4 L.Ed. 579 (1819)

22  (3) UNITED STATES CONSTITUTION @ ARTICLE I § 8 Cl. 18

23  (4) COHENS V. VIRGINIA, 6 WHEAT. 264, 428 5 L.Ed. 257 (1821)

24  (5) UNITED STATES V. FOX, 95 U.S. 670 (1878)

25

26

27

28                          14 of 22

1 --the Supreme Court of United States showed the truth of the matter when

2 it stated:

3

4        "Those who wrote our Constitution well knew the danger
inherent in <u>special legislative acts which take away the
life, liberty or property of particular named persons</u>
5 because the legislature thinks them guilty of conduct
which deserves punishment. <u>They intended to safeguard the</u>
6 <u>People of this country from punishment without trial by</u>
<u>duly constituted courts."</u>

7

8        ( Underlined Emphasis added )

9

10     The special legislative acts mentioned are those that are prohibited

such as the 'Bill of Attainder' and the 'Courts' mentioned are meant to

11 mean Article III § 1 Judicial Courts of Law and Equity when an Article III

12 § 2 'Case or Controversy' is properly before such a Court of Law and can

13 provide 'Due Process of Law'.

14

15     If punishment is to be imposed, it must be by an Article III § 1

Court of law (if at all) as no de facto Article I § 8 legislative Tribunal

16 lawfully can, even with a man or a womans consent, because it is not a

17 natural state to be punished without being given full disclosure as to

18 the venue and charges themselves.

19

20       <u>UNITED STATES VERSUS UNITED STATES OF AMERICA:</u>

21     As shown in section IV herein above UNITED STATES is a Municipal

22 'Corporation' meaning that UNITED STATES CODE is the Corporations by-laws

23 and is not an actual Law, though it is prima facie evidence of law.

24     In sharp contrast, UNITED STATES OF AMERICA is a separate and

25 distinct entity which is not authorized by the People, is not Sovereign

26 and is subject as any 'person' to sue and be sued as common sense proves.

27     The distinction is important to this Article III § 1/2 'Case or

28

.1  controversy as UNITED STATES OF AMERICA was the Plaintiff in the

2  attached Executive case # 1:11-cr-0755-JFK-3 in the UNITED STATES

3  DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK which purported

4  to be a 'criminal case' though in reality it was started via an unlawful

5  'Bill of Attainder' purported to be A TRUE BILL of INDICTMENT which

6  'charged' Plaintiff of this Article III § 2 case or controversy as

7  the defendant under 'Penal Codes' passed by Congress(known as UNITED

8  STATES CODE) in excess of the 'commerce clause' power delegated to it

9  by the People as enumerated in the UNITED STATES CONSTITUTION at Article

10  I § 8 cl.3 and cl.18., meaning this was an <u>Article I § 8 Tribunal</u>.

11

12                 <u>GOVERNMENT APOSTILE AS A WITNESS IN FACT:</u>

13      No where in the entire book of THE UNITED STATES GOVERNMENT MANUAL

14  (2014 Ed.) (The official handbook of the Federal Government of the

15  United States --printed by the Federal Registrars Office) is there an

16  entity named UNITED STATES OF AMERICA which is a part of UNITED STATES

17  or authorized to be "Plaintiff" for said government [see Page 22 -

   The chart of the Government of the UNITED STATES]!

18

19      Furthermore, no where in either the Constitution for the STATE OF

20  NEW YORK — or — the Constitution for UNITED STATES is there an entity

21  named UNITED STATES OF AMERICA which is delegated any power by the

22  People, nor do these Constitutions vest power in the representatives

23  of either Constitution to create such an entity to be 'Plaintiff' on

24  behalf of either. Such an entity has no lawful power to compel the

25  Plaintiff of this Article III § 1 / 2 case or this Private Man, the

26  Real Party In Interest Jovanny R. Rodriguez to be bound by the dictates

27  of Congress' 'UNITED STATES CODE'.

28                              16 of 22

1  UNITED STATES OF AMERICA is hwoever, a historically significant named

2  entity, as it was in Article 1 of the Articles of Confederation which

3  the several states established as UNITED STATES OF AMERICA and the

4  People of united States of America then established the Constitution

5  for the United States (preamble); and while the states have their own

6  attributes of 'sovereignty, within their respective borders, except

7  for powers delegated to the UNITED STATES by the Constitution, or

8  'valid' treatise with the UNITED STATES, (which do not infringe on the

9  unalienable rights of the People), the People have never established

10  a new national power over them that could disenfranchise them of their

11  Liberty which government was designed to protect.

12    "UNITED STATES is a foreign 'Corporation' with respect to a state"

13  See Volume 20 Corpus Juris Secundum Section 1785, NY re: Merriam 36

14  N.E. 505, 1441 S.Ct. 1973, 41 L.Ed.287 (and also with respect to its

15  citizens or a Private Man or Woman). "Congressional statutes do not

16  extent into the states". CAHA V. UNITED STATES,152 U.S. 215 (1894);

17  "The UNITED STATES does not hold municipal sovereign, jurisdiction

18  or right of soil...of any state". POLLARD V. HAGEN, 3 HOW 212,223

19  11 L.Ed 565 (1845).

20

21              UNITED STATES LACKED STANDING :

22    The UNITED STATES DISTRICT ATTORNEY FOR THE SOUTHERN DISTRICT

23  OF NEW YORK lacked standing to:

24

25    1.) Empanel a Grand Jury to 'Charge' Plaintiff as Defendant
          in the alleged criminal case; and to

26

27    2.) Constitute an Article III § 1 Judicial Court of law and
          equity; and to

28    3.) Constitute an Article III § 2 Case or Controversy
          as the victim of a concrete injury in fact.

1    Only Article III § 1 Judicial Courts of Law and Equity are lawfully

2  authorized by the People to be Judicial in nature that hear Article III

3  § 2 cases or controversies. This Judicial Court is the Judicial Branch

4  of Government and is purposely seperated from the Executive Branch and

5  the Legislative Branch — to protect and preserve the Liberty of the

6  People.

7    Simply put, where 'Liberty' of a Private Man or Woman is at stake,

8  no Article I § 8 Legislative Tribunal, that is 'statutory' can ever

9  arrest or imprison that Liberty. The UNITED STATES CODES which were

10  applied to the fictitious Person JOVANNY RODRIGUEZ was an abuse of legal

11  process / Barratry and the Judgment and Commitment is void ab initio.

12  Furthermore, UNITED STATES has no lawful authority to compel the natural

13  Man, who is a proper english noun and therefore must be written as:

14

15              *** Jovanny R. Rodriguez ***

16  into false Executive Detention in place of JOVANNY RODRIGUEZ.

17

18              <u>LACK OF ALL JURISDICTION:</u>

19    As the Jurisdiction of the Federal Courts (i.e. UNITED STATES

20  DISTRICT COURTS) is limited to Article III § 2 cases or controversies,

21  <u>whenever, it appears by suggestion of the parties or otherwise that the</u>

22  <u>court lacks jurisdiction of the subject matter, the court shall dismiss</u>

23  <u>the action and go no further</u> . See Fed.R.Civ.P. Rule 12(h)(3). Such an

24  objection may be raised at any time, even after trial and entry of

25  judgment. Plaintiff and the Real Party In Interest hereby make such

26  a Declaration of objection to compel the dismissal for want of Jurisdict-

27  ion under Rule 12(b)(1) Fed.R.Civ.P. (out of necessity to private rights).

28

        That "Parties may not by consent confer Jurisdiction" is a principle

1  of stare decisis long held by the Courts. See HIGBY V. AYRES, 14 Kan. 331,

2  334 (1857); HOAGLAND V. CREED, 81 Ill, 506, 508 (1876) "Jurisdiction must

3  be proven and appear on the record". HAGEN V. LAVINE, 415 U.S. 528, 94

4  S.Ct. 1327(1974); "Jurisdiction cannot be prsumed in any court". UNITED

5  STATES V. CHIARITO, 69 F.Supp. 317 (D. OR 1946); when UNITED STATES OF

6  AMERICA comes into federal court, it takes the position of a private

7  suitor agreeing that justice may be done to the subject matter. See UNITED

8  STATES V. CUCH, 79 F.3d 987, 990 (1996); UNITED STATES V. THEKLA, 266 U.S.

9  328 (1924); "When a man is taken against his will to court he cannot

10 consent to subject matter jurisdiction". See CALIFORNIA V. LANE, 409 U.S.

11 109, 112 N.3 (1972); See also MOORE'S Federal Practice Page 0.60(40) at

12 624 (1986).

13     Jurisdiction is power to declare law and when it ceases to exist,

14 the only function remaining to the court is that of announcing the fact

15 and dismissing the case. (See STEEL CO. V. CITIZENS FOR A BETTER ENVIRON-

16 MENT, 523 U.S. 82 (1998)

17     Furthermore, "'Congressional Acts' do not vest UNITED STATES DISTRICT

18 COURTS with criminal jurisdiction". HUBBARD V. AMMERMAN, 465 F.2d 1169,

19 1176 (5th Cir. 1972); GLIDDON V. ADANOK, 370 U.S. 530(1962); HARLOW V.

20 FITZGERALD,475 U.S. 800 (1982); DOWLING V. UNITED STATES, 473 U.S. 207,213

21 (1985); COLEMAN V. THOMPSON, 501 U.S. 722, 759 (1991); 16 AM Jur 2d §

22 256; UNITED STATES V. LOPEZ, 115 S.Ct. 1624 (1995); et al.

23

24            APPLICATION OF TITLE 18 U.S.C.:

25 ***   The application of Title 18 of UNITED STATES CODE is the application

26 of a Penal Code which is mislabled as "crimes and criminal Procedure" yet

27 specifically defines the following:

28

1 · **STATES:** include the District of Columbia, Puerto Rico, Territories, and
     insular possessions:

2

3 **ACT OF CONGRESS:** includes any act of congress locally applicable to an in
     force in the District of Columbia, in Puerto Rico or in a Territory
     or insular possession;

4

5 **UNITED STATES:** is defined in the 'territorial sense' to include: 'The term
     United States, as used in this title is a territorial sense, and
6     includes all places and waters continental and insular subject to
     the jurisdiction of the United States, (18 U.S.C.§ 5).

7 **JURISDICTION:** at 18 U.S.C.§7 (Jurisdiction) Special Maritime and territorial
8     jurisdiction defines eight (8) Jurisdictions, none of which reaches
     into the state republic of New York or onto the People.

9

10 **INTERSTATE AND FOREIGN COMMERCE:** as used in title 18 (18 U.S.C. § 10) is
     defined to mean/include "commerce between one state, territory or
11     possession or the District of Columbia".

12     Pursuant to the principle of "INCLUSIO UNIUS EST EXCLUSIO ALTERIUS",

13 Title 18 does not apply to any state republic or to People who do not

14 and cannot consent to give a District Court Subject Matter Jurisdiction.

15 See HOTCH V. UNITED STATES, 212 F.2d 280 (1954) for the prerequisites to

16 issuance of making certain acts criminal.

17         <u>DELEGATED AUTHORITY & PROOF AGAINST UNITED STATES:</u>

18 28 C.F.R. § Part 55(b) delegates the capacity of the Assistant Attorney
19 General for UNITED STATES over the criminal division of the Department

20 of Justice in relation to offenses against the UNITED STATES:

21 28 C.F.R. § Part 064-1 then establishes that the Assistant Attorney
22 General holds the capacity as an agent for "UNITED STATES OF AMERICA"

23 under treatise and executive agreements in criminal matters;

24     These two Codes of Federal Regulations show that as UNITED STATES

25 OF AMERICA was the 'Plaintiff' in the Executive Case of 1:11-cr-00755-
   JFK-3 UNITED STATES OF AMERICA Plaintiff, verses JOVANNY RODRIGUEZ
26 Defendant in the Southern District of New York UNITED STATES DISTRICT

27 COURT, and that a political compact was established under treatise,

28 between UNITED STATES, UNITED STATES OF AMERICA and THE STATE OF NEW
   YORK to sell citizens of New York to the foreign Jurisdiction of UNITED

1    STATES, for revenue. This unlawful usurpation of the power of the

2    People to govern themselves, violates the basic building blocks of

3    both state Government and the Federal Government, as well as the

4    unalienable right to Life, Liberty and the Pursuit of Happiness(which

5    is enshrined in the Declaration of Independence).

6

7    To Show that UNITED STATES AND UNITED STATES OF AMERICA are

     separate and completely distinct legal entities the Code of Federal

8    Regulations lists the separate delegation of authority to the Director

9    of the Federal Bureau of Prisons:

10

11   28 C.F.R. § Part 096 — The Director of the Federal Bureau of Prisons
     and his officers (wardens) are authorized to: (1) imprison people

12   convicted of offenses against the UNITED STATES, (2) accept and imprison
     prisoners transferred from the UNITED STATES OF AMERICA and (3) accept

13   and imprison prisoners transferred from the District of Columbia.

14   28 C.F.R. § Part 096(b) — The Director of the Federal Bureau of Prison
     and officers...designated by him are authorized to....transfer offenders

15   to and from UNITED STATES OF AMERICA under a 'treatise' referred to as
     Public Law 95-144; to make arrangements with the states and to receive

16   offenders from the states for transfer to a foreign country; to act as an
     agent of the UNITED STATES and to receive delivery from a foreign govern-

17   ment of any person being transferred to the UNITED STATES.

18   (In pertinent part -- underlined Emphasis added to show the distinction
     between the entities and the 'foreign' nature of the states and UNITED

19   STATES: and UNITED STATES OF AMERICA).

20   18 U.S.C. § 4108 Et. seq. 4100(b) whoever is transferred from UNITED

21   STATES OF AMERICA to the UNITED STATES custody MUST sign 'consent' prior
     to transfer and said consent, is to be maintained in the Attorney Generals

22   Office. The Real Party In Interest has never signed his consent -or- if
     it was in fact signed, it was signed under fraudulent pretenses and is

23   void ab initio as unconscionable.

24   (NOTICE IS HEREBY SERVED THAT PLAINTIFF DEMANDS PRODUCTION OF ANY SUCH
     DOCUMENT)

25

26   THE RIGHT TO HABEAS CORPUS:

27   Habeas Corpus is "governed by equitable principles" FAY V. NOIA,

28   372 U.S. 391, 438, 83 S.Ct. 822 (1963) and "is at its core a remedy for

29   unlawful executive detention" HAMDI V. RUMSFELD, 542 U.S. 507,536,124 S.Ct.

1   2633(2004)"the typical remedy for such detention is, of course,

2   'Release'". See e.g., <u>PREISER V. RODRIGUEZ</u>, 411 U.S. 475, 93 S.Ct.

3   1827 (1973); <u>SCHULP V. DELO</u>, 513 U.S. 298, 115 S.Ct. 851 (1995).

4                          <u>CONCLUSION OF FACTS AND LAW:</u>

5           This is an Article III § 2 case in which the rights of the

6   Plaintiff JOVANNY RODRIGUEZ and The Real Party in Interest Jovanny

7   R. Rodriguez are at issue, claimed injuries have been raised / stated

8   as concrete in nature and therefore a Judicial Article III § 1 Court

9   of law must ~~be~~ solve it by the immediate and unconditional discharge,

10  as a matter of Law and Equity, of the Judgment and Commitment and

11  the so called Indictment. This is not a case to be 'disposed of' and

12  is bound by none of the strictures of state or federal statutes, rules

13  or timelines to allow any kind of procedural default of Rights.

14          As a matter of Law and Equity, JOVANNY RODRIGUEZ and Jovanny

15  R. Rodriguez have borne the burden of proving that they are in false

16  Executive Detention in violation of the UNITED STATES CONSTITUTION

17  and hereby demand that they be immediately and unconditionally

18  discharged from said Detention!

19                          ### A TRUE BILL ###

20      I Jovanny R. Rodriguez appearing by Restricted Appearance hereby
    declare that this is a true bill of debt owed to me by UNITED STATES
21  AND if called to testify to the veracity I will appear and be sworn
    in to do so.

22

23                                          Submitted for a decision
                                            this _____ day of _____
24                                          in the year 2017.

25

26                              (for)   ~~Jovanny agent~~
                                        JOVANNY RODRIGUEZ

27

28

# The United States Government Manual
## 2014

**NOTE:** This Evidence shows conclusively that Inferior Courts such as District Courts and Appeals Courts have only Article III §1 Judicial Jurisdiction of Article III §2 Cases or Controversies, while Judges hold office only during good behavior and Congress is without power to provide otherwise.

Federal Courts are mandated to take "Judicial Notice" if a Party requests it and the Court is supplied with Necessary info. Fed. R. Evid. Rule 201(c) or Plaintiff has a right to be heard on the Propriety of taking Judicial Notice and the Nature of the facts to be Noticed Fed. R. Evid. Rule 201(e).

This Evidence complies with Fed. R. Evid. Rule 201(b)(2) as it can be accurately and readily determined from their source whos accuracy cannot reasonably be questioned.

Office of the Federal Register
National Archives and Records Administration



"Self Authenticating Evidence" Pursuant to Fed. R. Evid. Rule 902(5)

Exhibit "C"  1 of 3

**66**    U.S. GOVERNMENT MANUAL

Congress has no authority to change the original jurisdiction of this Court.
**Rulemaking Power**    Congress has from time to time conferred upon the Supreme Court power to prescribe rules of procedure to be followed by the lower courts of the United States.
**Court Term**    The term of the Court begins on the first Monday in October and lasts until the first Monday in October of the next year. Approximately 8,000–10,000 cases are filed with the Court in the course of a term, and some 1,000 applications of various kinds are filed each year that can be acted upon by a single Justice.
**Access to Facilities**    The Supreme Court is open to the public from 9 a.m. to 4:30 p.m., Monday through Friday, except on Federal holidays. Unless the Court or Chief Justice orders otherwise, the Clerk's office is open from 9 a.m. to 5 p.m., Monday through Friday, except on Federal holidays. The library is open to members of the bar of the Court, attorneys for the various Federal departments and agencies, and Members of Congress.

For further information concerning the Supreme Court, contact the Public Information Office, United States Supreme Court Building, One First Street NE., Washington, DC 20543. Phone, 202–479–3211. Internet, http://www.supremecourt.gov.

## LOWER COURTS 

Article III of the Constitution declares, in section 1, that the judicial power of the United States shall be invested in one Supreme Court and in "such inferior Courts as the Congress may from time to time ordain and establish." The Supreme Court has held that these constitutional courts ". . . share in the exercise of the judicial power defined in that section, can be invested with no other jurisdiction, and have judges who hold office during good behavior, with no power in Congress to provide otherwise."

*(Emphasis Added)*

## United States Courts of Appeals

The courts of appeals are intermediate appellate courts created by act of March 3, 1891 (28 U.S.C. ch. 3), to relieve the Supreme Court of considering all appeals in cases originally decided by the Federal trial courts. They are empowered to review all final decisions and certain interlocutory decisions (18 U.S.C. 3731; 28 U.S.C. 1291, 1292) of district courts. They also are empowered to review and enforce orders of many Federal administrative bodies. The decisions of the courts of appeals are final except as they are subject to review on writ of certiorari by the Supreme Court.

The United States is divided geographically into 12 judicial circuits, including the District of Columbia. Each circuit has a court of appeals (28 U.S.C. 41, 1294). Each of the 50 States is assigned to one of the circuits. The territories and the Commonwealth of Puerto Rico are assigned variously to the first, third, and ninth circuits. There is also a Court of Appeals for the Federal Circuit, which has nationwide jurisdiction defined by subject matter. At present each court of appeals has from 6 to 28 permanent circuit judgeships (179 in all), depending upon the amount of judicial work in the circuit. Circuit judges hold their offices during good behavior as provided by Article III, section 1, of the Constitution. The judge senior in commission who is under 70 years of age (65 at inception of term), has been in office at least 1 year, and has not previously been chief judge, serves as the chief judge of the circuit for a 7-year term. One of the Justices of the Supreme Court is assigned as circuit justice for each of the 13 judicial circuits. Each

CR 12 (Rev. 5/03)

ORIGINAL

## WARRANT FOR ARREST

| **United States District Court** | **DISTRICT** |
|---|---|
| | SOUTHERN DISTRICT OF NEW YORK |

| UNITED STATES OF AMERICA | DOCKET NO. | MAGISTRATE'S CASE NO. |
|---|---|---|
| v. | **11 MAG** | **1851** |
| JOVANNY RODRIGUEZ | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED |

JOVANNY RODRIGUEZ

WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court
☐ Indictment   ☐ Information   X Complaint

DISTRICT OF ARREST

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Kidnapping, Firearm

DOC # 2

U.S. DISTRICT COURT
FILED
JUL 1 4 2011
S. D. OF N.Y.

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 371, 1201, 924(c) |

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

BAIL   OTHER CONDITIONS OF RELEASE

| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED |
|---|---|---|
| | James C. Francis IV | JUL 1 4 2011 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

EXHIBIT " A "   **11 CRIM 755**

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

### Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| JOVANNY RODRIGUEZ, a/k/a "Johnny" | ) | Case Number: 1:S13 11 CR 00755-096 (JFK) |
| | ) | USM Number: 66604054 |
| | ) | Peter Brill, Esq. |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   1,2,4,5,6,7,8,9,10,11,12 and 15
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1201(c) | Conspiracy to Commit Kidnapping | 5/31/2011 | 1 |
| 18 USC 1201(c) | Conspiracy to Commit Kidnapping | 5/31/2011 | 2 (cont'd) |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.
☑ Underlying  Indictments  ☐ is ☐ are dismissed on the motion of the United States.
☐ Motion(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/14/2014
Date of Imposition of Judgment

_John F. Keenan_____
Signature of Judge

HON. JOHN F. KEENAN            USDJ
Name and Title of Judge

3/18/14
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-14

*Exhibit "B"*

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

DEFENDANT: JOVANNY RODRIGUEZ, a/k/a "Johnny"
CASE NUMBER: 1:S13 11 CR 00755-003 (JFK)

Judgment—Page   AO 2 of 5

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 924(c)(1)(A)(ii), | Brandishing a firearm during and in relation to a crime | | |
| 18 USC 1951 and 2 | Hobbs Act Robbery | 5/15/2011 | 4,7,8,9,10 |
| 21 USC 846 | Conspiracy to distribute and possess with intent | | |

AO 245B    (Rev. 09/11) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __3__ of __5__

DEFENDANT:  JOVANNY RODRIGUEZ, a/k/a "Johnny"
CASE NUMBER:  1:S13 11 CR 00755-003 (JFK)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Life  (Count 1: 20 years; Count 2: Life; Count 4: 20 years; Count 5: Life; Count 6: 84 months; Count 7: 20 years; Count 8: 20 years; Count 9: 20 years; Count 10: 20 years; Count 11: Life; Count 12: 25 years; Count 15: 10 years.   All counts are to run concurrently except Count 6 and Count 12 which are to run consecutively with other counts.)

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant be incarcerated in the northeast United States.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m.   ☐ p.m.   on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties

DEFENDANT:  JOVANNY RODRIGUEZ, a/k/a "Johnny"                    Judgment — Page **4** of **5**
CASE NUMBER:  1:S13 11 CR 00755-003 (JFK)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 1,200.00 | $ | $ |

☑ The determination of restitution is deferred until __4/14/2014__. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| ███████████ | ███████████ | ███████████ | ███████████ |
| ███████████ | ███████████ | ███████████ | ███████████ |
| ███████████ | ███████████ | ███████████ | ███████████ |
| ███████████ | ███████████ | ███████████ | ███████████ |
| ███████████ | ███████████ | ███████████ | ███████████ |
| ███████████ | ███████████ | ███████████ | ███████████ |
| **TOTALS** | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page _5_ of _5_

DEFENDANT:  JOVANNY RODRIGUEZ, a/k/a "Johnny"
CASE NUMBER:  1:S13 11 CR 00755-003 (JFK)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __1,200.00__ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance   ☐  C,   ☐  D,   ☐  E, or   ☐  F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐  C,   ☐  D, or   ☐  F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

C/O: JOVANNY RODRIGUEZ # 65504-054
UNITED STATES PENITENTIARY CANAAN
POST OFFICE BOX 300
WAYMART, PENNSYLVANIA 18472

Dear Clerk of Court,                                           August ___, 2017

Please find enclosed my document entitled "FIRST AMENDMENT"BILL OF COMPLAINT' FOR

REDRESS OF GRIEVANCES IN THE NATURE OF A COMMON LAW WRIT OF HABEAS CORPUS AD SUB-

JICIENDUM PER ARTICLE I § 9 Cls. 2 OF THE UNITED STATES CONSTITUTION" a twenty two

(22) page Complaint invoking an Article III § 1 Judicial Court of Law.

I respectfully request that you file it and send me a filed stamped copy with the

docket number across the top --of just the first page, for my records.

                    Thank you for your time and effort on my behalf!

P.S. Also enclosed are Exhibits A-C.

                                              Sincerely,

                              (for)   JOVANNY RODRIGUEZ

                                    1 of 1

c/o:
JOVANNY RODRIGUEZ # 65564-054
UNITED STATES PENITENTIARY-CANAAN
POST OFFICE BOX 300
Waymart, Pennsylvania 18472

LEGAL MAIL

RECEIVED
SCRANTON
AUG 28 2017
PER
DEPUTY CLERK

ATTENTION: CLERK OF COURT
UNITED STATES DISTRICT COURT-MIDDLE DISTRICT OF PA
POST OFFICE BOX 1148
Scranton, PA 18503

